UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-BERNARD GEORGES,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; et al.,<br>Respondents. | Case No.: 26-cv-5472-BJC-AHG<br>**ORDER SETTING BRIEFING SCHEDULE**<br>**[ECF No. 1]** |

**ORDER**

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: October 26, 2026

Honorable Benjamin J. Cheeks
United States District Judge